499 A.2d 576

**Mary Lou DAYTON, Respondent,**

v.

**Roy F. DAYTON, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 18, 1985.

Petition for Allowance of Appeal GRANTED, No. 89 W.D. Appeal Docket 1985.